TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00062-CR


NO. 03-06-00063-CR


NO. 03-06-00064-CR


NO. 03-06-00065-CR







Jason Vidal, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NOS. 00-2643, 00-2644, 995247 & 995391, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

The court reporter's request for additional time to file the record in these appeals is
granted. Mr. Joel Silva, the court reporter for the 331st District Court, is ordered to file the
reporter's record no later than February 2, 2007. See Tex. R. App. P. 37.3(a)(2).

It is ordered January 23, 2007.


Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish